# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

No. 25-11032

Athina Karahogitis,

*Plaintiff—Appellant*,

*versus*

TPUSA, Incorporated, *doing business as* Teleperformance USA; Does 1-20,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-706

---

Before Smith, Willett, and Ramirez, *Circuit Judges*.

Per Curiam:*

Athina Karahogitis appeals a summary judgment dismissing her claims that TPUSA, Inc. discriminated against her based on sex, disability, and age when it terminated her employment; failed to accommodate her disability; breached her employment agreements; and fraudulently induced her into entering a new employment agreement. She argues that the district

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-11032

court erred in concluding that there were no genuine disputes of material fact. Having reviewed the record and briefs and heard oral argument, we find no error and AFFIRM.

AFFIRMED.